IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHAD GOETSCH,

        Plaintiff,                                                   ORDER

v.                                                                  09-cv-228-bbc

DR. LAETITIA LEY,
DR. MIKE VANDENBROOK and
DR. RUBIN-ASH,

        Defendants.

---

Plaintiff is proceeding in this case on his Eighth Amendment claim that defendants Dr. Laetitia Ley, Dr. Mike Vandenbrook and Dr. Rubin-Ash were deliberately indifferent to his serious mental health needs. Now before the court is plaintiff's motion to compel a response to his request for Columbia Correctional Institution policies and procedures for treatment of both mentally ill and suicidal inmates in segregation and a copy of Dr. Vandenbrook's license to practice medicine. Defendants respond that they sent plaintiff a response to his requests on March 29, 2010 and attach a copy of their response. Plaintiff replies that he did not receive either the original response or the copy.

The court does not know why plaintiff is not receiving defendants' responses to his discovery requests. A copy of defendants' responses to plaintiff's discovery requests , dkt. 45, ex. 1, will be mailed to plaintiff with a copy of this order. Because defendants have responded, I will deny plaintiff's motion to compel.

ORDER

IT IS ORDERED that plaintiff's motion to compel discovery, dkt. #44, is DENIED.

Entered this 5th day of May, 2010.

                                        BY THE COURT:

                                        /s/

                                        STEPHEN L. CROCKER
                                        Magistrate Judge