IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHAD GOETSCH,

        Plaintiff,                                ORDER

v.                                             09-cv-228-bbc

DR. LAETITIA LEY,
DR. MIKE VANDENBROOK and
DR. RUBIN-ASH,

        Defendants.

---

      Plaintiff is proceeding in this case on his Eighth Amendment claim that defendants Dr. Laetitia Ley, Dr. Mike Vandenbrook and Dr. Rubin-Ash were deliberately indifferent to his serious mental health needs. Now before the court is plaintiff's motion to compel defendants to answer interrogatories, dkt. 53. Defendants advise the court that they have responded. Therefore, plaintiff's motion to compel will be denied as moot.

ORDER

      IT IS ORDERED that plaintiff's motion to compel discovery, dkt. #53, is DENIED as moot.

      Entered this 9th day of August, 2010.

                                                 BY THE COURT:

                                                 /s/

                                                 STEPHEN L. CROCKER
                                                 Magistrate Judge