IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHAD GOETSCH,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF
CORRECTIONS, JOHN BETT,
DR. SCOTT RUBIN-ASCH,
JANET WALSH, DR. LAETITIA LEY,
DR. MIKE VANDENBROOK,
GREGORY GRAMS, SGT. SHIMPACH
and JON FRANK,

    Defendants.

JUDGMENT IN A CIVIL CASE

09-cv-228-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants, denying leave to proceed as to defendants Wisconsin Department of Corrections, Gregory Grams, John Bett, Janet Walsh, Sgt. Shimpach and Jon Frank, granting defendants' Laetitia Ley, Mike Vandenbrook and Scott Rubin-Asch's motion for summary judgment and dismissing this case.

_____
Peter Oppeneer, Clerk of Court

1/3/11
Date